the fact that such increments would produce a salary in excess of $2,280 per annum. (N. Y. City Administrative Code, § B40-6.0, subd. 2.)

GEORGE FRAZIER v. NEW YORK STATE ELECTRIC & GAS CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BIELTY REALTY CORPORATION v. WILLIAM STANLEY MILLER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

KATHERINE McGOLDRICK v. FAMILY FINANCE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of LEWIS A. ABRAMS and Fifty-two Others against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 724.] Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the CONSOLIDATED INDEMNITY AND INSURANCE COMPANY. LOUIS H. PINK, Superintendent of Insurance, etc. HARTFORD ACCIDENT AND INDEMNITY COMPANY.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See ante, p. 724.] Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

SLOANE ESTATES, INC., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LOUISE GOULD v. WILLIAM S. GOULD.— Motion for leave to appeal to the Court of Appeals denied. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of SAMUEL SPRUNG, as Executor of the Estate of MARK ROSENTHAL, Deceased, to Discover Certain Personal Property of Said Deceased, Claimed to Be Withheld. ESTELLE R. KAHN — SAMUEL SPRUNG, as Executor, etc., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JAMES DOLAN against PAUL J. KERN, as President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

INTERNATIONAL UNDERWEAR CORPORATION v. BROOKLYN TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 720.] Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of Proving the Last Will and Testament of ELIZABETH WALKER, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.